754

No. 893. ROYAL UNION LIFE INSURANCE Co. *v.* GROSS ET AL.; and

No. 894. GREAT REPUBLIC LIFE INSURANCE Co. *v.* SAME. May 20, 1935. Petition for writs of certiorari to the Circuit Court of Appeals, for the Eighth Circuit denied. *Messrs. Guy A. Miller* and *Hugh W. Darling* for Royal Union Life Insurance Co. *Mr. William E. Allen* for Great Republic Life Insurance Co. *Messrs. Joseph G. Gamble, R. L. Read,* and *Phineas M. Henry* for respondents.

No. 895. STONE *v.* WRIGHT, RECEIVER. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. J. H. Everest* and *M. W. McKenzie* for petitioner. No appearance for respondent.

No. 896. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* WETTERER. May 20, 1935. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Messrs. Charles H. Woods* and *Homer W. Davis* for petitioner. *Mr. Richard J. Finn* for respondent.

No. 897. SAN ANTONIO ET AL. *v.* SOUTHWESTERN BELL TELEPHONE Co. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Victor Keller* for petitioners. *Messrs. E. W. Clausen, J. C. Henriques, Nelson Phillips,* and *Wm. H. Duls* for respondent.